

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2024

04-24-00488-CV

**IN RE** Jaclyn **MONROE**

Original Proceeding[1]

**ORDER**

On July 19, 2024, relator filed a petition for a writ of mandamus and an emergency motion to stay, pending this court's disposition of relator's petition for writ of mandamus. On August 6, 2024, this court entered a stay of the underlying proceedings pending this court's disposition of relator's petition for writ of mandamus.

After considering the mandamus petition and record,[2] we conclude the trial court abused its discretion by disqualifying relator's attorney in the underlying proceedings. Therefore, we conditionally grant the writ of mandamus and direct the trial court to vacate its June 10, 2024 order granting real party in interest's motion to disqualify. The writ will issue only if the trial court fails to vacate this order within fifteen days from the date of our opinion and order. The stay imposed on August 6, 2024, is lifted.

It is so **ORDERED** on December 4, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-15592, in the 408th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.

[2] This court requested responses from the real party in interest and the respondent, but neither submitted a response.